IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1621-REB-OES

EUGENE FISCHER and
MARGARET SUMMERS

    Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW
## DEFENDANTS' MOTION TO DISMISS

On October 27, 2005, the defendants filed a **Motion to Withdraw Defendants' Motion to Dismiss** [#11]. After careful review of the file and the motion, the court has concluded that the motion should be granted and that defendants' **Motion to Dismiss** [#7], filed on October 21, 2005, should be withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Withdraw Defendants' Motion to Dismiss** [#11], filed October 27, 2005, is **GRANTED**; and

2.  That defendants' **Motion to Dismiss** [#7], filed on October 21, 2005, is **WITHDRAWN**.

Dated October 31, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge