IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01621-REB-MEH

EUGENE FISCHER and
MARGARET SUMMERS

Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities

Defendants

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [Filed March 24, 2006; Docket #28] is **granted**. The Court will sign the Protective Order and enter it on the record.