IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01621-REB-MEH

EUGENE FISCHER and
MARGARET SUMMERS

Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities

Defendants

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2006.**

Plaintiffs seek a 90-day extension of all deadlines, because Plaintiff's counsel is moving out of state and Plaintiffs must obtain new counsel. Plaintiffs' counsel does not state in this Motion when she is moving. Another of Plaintiffs' attorneys is eight and one-half months pregnant and upon completion of the pregnancy will begin maternity leave. Due to the current uncertainty regarding when Plaintiffs will retain new counsel (it being possible, or perhaps likely, that new counsel will have some period of overlap when either or both of the current attorneys are still on the case), the Court does not believe it is necessary to change the date of the Pretrial Conference at this time. Thus, the Court will **grant** a 30-day extension of discovery deadlines as follows:

Discovery cutoff is July 10, 2006;
Dispositive Motion deadline is August 11, 2006.

Plaintiffs' Unopposed Motion to Modify Scheduling Order [Filed March 28, 2006; Docket #33] is, thus, hereby **granted** in part and **denied** in part, without prejudice to any additional requests for extension if grounded on good cause.