IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01621-REB-MEH

EUGENE FISCHER and
MARGARET SUMMERS,

Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities,

Defendants

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 12, 2006.**

For good cause shown, Plaintiffs' Second Unopposed Motion to Modify Scheduling Order [Filed May 11, 2006; Docket #52] is **granted**. All Discovery deadlines are extended sixty days as follows:

Discovery cutoff is September 11, 2006;
Dispositive Motion deadline is October 11, 2006.

The Final Pretrial Conference scheduled for September 5, 2006, at 9:00 a.m. is hereby **vacated** and **rescheduled** to December 11, 2006, at 9:00 a.m.