**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-CV-1621-REB-OES

EUGENE FISCHER and
MARGARET SUMMERS

    Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on defendant Pinnacle Charter School's Motion for Summary Judgment [#71] and the Brief in Support of Pinnacle Charter School's Motion for Summary Judgment. Said motion and brief are STRICKEN for failure to comply with this court's practice standards REB Civ. Practice Standard V.A.1 and V.H.3. The court notes that this is the second time counsel has failed to comply with the court's practice standards.

Dated: October 12, 2006

--------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.