# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 05-CV-1621-REB-OES

EUGENE FISCHER and
MARGARET SUMMERS

    Plaintiffs,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 12, a Colorado School District
THE PINNACLE CHARTER SCHOOL, a quasi-municipal corporation, and
MICHAEL PASKEWICZ, in his official and individual capacities

    Defendants.

## MINUTE ORDER[1]

    Plaintiffs' Motion for Appropriate Relief Regarding Defendant The Pinnacle, Inc.'s Amended Responses (Dkt. 86 and 87 Filed November 1, 2006) in Opposition to Plaintiffs' Respective Motions for Partial Summary Judgment [#89], filed November 3, 2006, is DENIED.

Dated: November 6, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.